*Court of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*


# MEMORANDUM OPINION

No. 04-11-00745-CV

**EX PARTE** Patrick **HARASMISZ**

Original Habeas Corpus Proceeding[1]

PER CURIAM

Sitting:      Sandee Bryan Marion, Justice
              Phylis J. Speedlin, Justice
              Steven C. Hilbig, Justice

Delivered and Filed:  October 26, 2011

PETITION FOR WRIT OF HABEAS CORPUS DENIED AS MOOT

On October 12, 2011, relator filed a petition for writ of habeas corpus, complaining Sheriff Amadeo Ortiz has failed to give him "good time" credit during his 180 day confinement after being held in contempt for failure to pay child support. However, on October 13, 2011 relator was released pursuant to a conditional release order signed by the trial court. The purpose of a habeas corpus proceeding is to ascertain whether the relator has been unlawfully confined. *Ex parte Gordon*, 584 S.W.2d 686, 688 (Tex. 1979); *In re Alexander*, 243 S.W.3d 822, 827 (Tex. App.—San Antonio 2007, orig. proceeding). Because relator is no longer confined, we have

---

[1] This proceeding arises out of Cause No. 2005-CI-00522, in the 57th Judicial District Court, Bexar County, Texas, the Honorable Antonia Arteaga presiding.

determined this petition is now moot.  Accordingly, relator's petition for writ of habeas corpus is DENIED AS MOOT.

PER CURIAM